**RECORD IMPOUNDED**

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2601-15T4

J.T.,

    Petitioner-Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES, DIVISION OF
CHILD PROTECTION AND
PERMANENCY,

    Respondent-Respondent.

_____

Submitted May 9, 2017 — Decided May 22, 2017

Before Judges Reisner, Rothstadt and Mayer.

On appeal from the New Jersey Department of
Children and Families, Division of Child
Protection and Permanency, Investigation No.
19627157.

Williams Law Group, LLC, attorneys for
appellant (Allison Williams, of counsel and
on the brief; Victoria D. Miranda, on the
brief).

Christopher S. Porrino, Attorney General,
attorney for respondent (Andrea M. Silkowitz,
Assistant Attorney General, of counsel;

Christina Duclos, Deputy Attorney General, on
the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION